MILTON M. NORTHRUP et al., Appellants, *v.* JOSHUA PIZA, Respondent.

*Northrup* v. *Piza*, 43 App. Div. 284, affirmed.
(Argued May 2, 1901; decided May 17, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered

October 2, 1899, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term.

*Thomas S. Jones* for appellants.

*Robert Weil* and *Arnold Charles Weil* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN and WERNER, JJ. Dissenting: HAIGHT and VANN, JJ.